No. 633. STAUFFER CHEMICAL Co. v. BOSTON & MAINE RAILROAD ET AL. C. A. 1st Cir. Certiorari denied. *Samuel P. Sears* for petitioner.

No. 642. FREDIN v. OHIO. Supreme Court of Ohio. Certiorari denied. *N. A. Brinsky* for petitioner. *John T. Corrigan* for respondent.

No. 645. THE MACCABEES ET AL. v. SHELLEY. C. A. 2d Cir. Certiorari denied. *John P. Walsh* for petitioners. *Bruce A. Hecker* for respondent.

No. 650. MISSOURI PACIFIC RAILROAD Co. v. MENDOZA. Court of Civil Appeals of Texas, Tenth Supreme Judicial District. Certiorari denied. *Howard S. Hoover* for petitioner. *Walter James Kronzer, Jr.* for respondent.

No. 661. ZANNARAS ET AL. v. BAGDAD COPPER CORP. C. A. 9th Cir. Certiorari denied. *John Phillip Zannaras,* petitioner, *pro se. Joseph L. Alioto* for U. S. Tungsten Corporation and J. P. Robinson, Jr., petitioners. *Mark Wilmer* for respondent.

No. 668. MACK v. LEHIGH VALLEY RAILROAD Co. C. A. 3d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *James J. Langan* and *Raymond J. Lamb* for respondent.

No. 562. BROWN v. PENNSYLVANIA RAILROAD Co. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Gene K. Lynch* and *James P. McArdle* for petitioner. *Hugh B. Cox* for respondent.